United States Bankruptcy Court
District of Connecticut

In re:
Kenneth A. Ford
Debtor

Case No. 16-30054-jam
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-3 User: admin Page 1 of 1 Date Rcvd: Apr 27, 2016
Form ID: 318 Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2016.

db +Kenneth A. Ford, 32 Fowler Avenue, Middletown, CT 06457-5343
8523287 +Daniel Lopez, 1010 East 178 St.Apt.3K, Bronx, NY 10460-2971
8523289 +Hamden Practitioners, 1100 Dixwell Avenue, Hamden, CT 06514-4730
8523290 +Milford Hospital, 300 Seaside Avenue, Milford, CT 06460-4600
8523292 +Swift Fnds, 927 Deep Valley Dr, Palos Verdes P, CA 90274-3808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

8523286 +EDI: CAPITALONE.COM Apr 27 2016 18:38:00 Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285
8523288 +EDI: AMINFOFP.COM Apr 27 2016 18:38:00 First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145
8523291 +EDI: DRIV.COM Apr 27 2016 18:38:00 Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244

TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

8523293 ##+Tayema Barton, 93 Pond Street, Hamden, CT 06511-1031

TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2016 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2016 at the address(es) listed below:

George I. Roumeliotis trustee@roumeliotislaw.com, groumeliotis@ecf.epiqsystems.com
Peter L. Ressler on behalf of Debtor Kenneth A. Ford ressmul@yahoo.com, resslerlawoffice@gmail.com
U. S. Trustee USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth A. Ford**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−1492** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court **District of Connecticut**

Case number: **16−30054 jam**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth A. Ford

4/27/16

**By the court:** Julie A. Manning
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**